ELEVATOR SUPPLIES COMPANY, Inc., Plaintiff-Appellant, v. WAGNER MANUFACTURING COMPANY, Defendant-Appellee.

No. 88.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1931.

Darby & Darby, of New York City (Samuel E. Darby and Samuel E. Darby, Jr., both of New York City, of counsel), for appellant.

Howson & Howson, of New York City (Hubert Howson and H. A. Howson, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree, 54 F.(2d) 937, affirmed.